**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-62393-CIV-SMITH**

MARYANN MANGANIELLO,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.
_____/

**ORDER TO SHOW CAUSE**

    This matter is before the Court *sua sponte*. A review of the Amended Complaint [DE 1-1] indicates that Plaintiff's claims against Defendant are based, at least in part, on the Eleventh Circuit's decision in *Hunstein v. Preferred Collection & Management Services*, 994 F.3d 1341 (11th Cir. 2021). On October 28, 2021, the Eleventh Circuit *sua sponte* vacated its prior decision and issued a new opinion in *Hunstein v. Preferred Collection & Management Services, Inc.,* 17 F.4th 1016 (11th Cir. 2021). On November 17, 2021, the Eleventh Circuit *sua sponte* vacated the October 28, 2021 opinion and ordered that the case be reheard *en banc*. *Hunstein v. Preferred Collection & Mgmt. Servs.,* 17 F.4th 1103 (11th Cir. 2021). Accordingly, it is

    **ORDERED** that, by **December 16, 2021**, the parties shall show cause why this case should not be stayed pending issuance of the Eleventh Circuit's decision after its *en banc* rehearing in *Hunstein*.

    **DONE AND ORDERED** in Fort Lauderdale, Florida on this 8th day of December, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE
