**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-cv-62393-SMITH**

MARYANN MANGANIELLO,

    Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

_____/

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

This cause is before the Court on Defendant's Response to Order to Show Cause [DE 11] and Plaintiff's Response to Order to Show Cause [DE 12]. The Order to Show Cause [DE 10] required the parties to show cause why this case should not be stayed pending the outcome of the en banc rehearing of the Eleventh Circuit Court of Appeals' decision in *Hunstein v. Preferred Collection & Management Services, Inc.*, 17 F.4th 1016 (11th Cir. 2021), *rehearing en banc granted, opinion vacated*, 17 F.4th 1103 (11th Cir. 2021). Both Responses indicate that the parties do not oppose a stay. Accordingly, it is

ORDERED THAT:

1. This case is **STAYED.**

2. Within fourteen (14) days of the Eleventh Circuit's issuance of its decision in *Hunstein*, the parties shall file a motion to lift the stay or a stipulation of dismissal.

3. All pending motions are **terminated**. Within ten (10) days of the stay being lifted, a party may request that a motion be reinstated.

4. The Clerk is directed to administratively **CLOSE** this case.

DONE AND ORDERED in Fort Lauderdale, Florida this 15th day of December, 2021.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:  Counsel of Record